MADELINE SHAW, *ET AL.*, PLAINTIFFS-PETITIONERS, v. TOWNSHIP OF BYRAM, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Bernard F. Conway* for the petitioners.

*Messrs. Dolan & Dolan* for the respondents.

June 7, 1965. Denied.

RUTH E. HARDY, *ET AL.*, PLAINTIFFS-PETITIONERS, v. EDWARD E. RUHNKE, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Chester K. Ligham* for the petitioners.

*Mr. William L. Brach* for the respondents.

June 8, 1965. Denied.